# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IP POWER HOLDINGS LIMITED,

    Plaintiff(s),

vs.

WESTFIELD OUTDOOR, INC.,

    Defendant(s).

Case No. 2:19-cv-01878-MMD/NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____RYAN W. KOPPELMAN_____, Petitioner, respectfully represents to the Court:
   (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

ALSTON & BIRD LLP
(firm name)

with offices at _____950 Page Mill Road_____,
(street address)

__Palo Alto__, __California__, __94304__,
(city)     (state)     (zip code)

__650-838-2000__, __ryan.koppelman@alston.com__.
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__IP Power Holdings Limited__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____June 2013_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___California___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, Northern District of California | July 2, 2013 | |
| U.S. District Court, Central District of California | July 3, 2013 | |
| U.S. District Court, Eastern District of California | April 4, 2019 | |
| U.S. District Court Southern District of California | March 2013 | |
| State Bar of Florida | March 30, 2004 | 909041 |
| U.S. District Court, Middle District of Florida | September 27, 2005 | |
| see attachement | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Federal Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
COUNTY OF ___Santa Clara___ )

___RYAN W. KOPPELMAN___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

___See Attached___
Petitioner's signature

Subscribed and sworn to before me this

___See___ day of ___Attached___, _____.

___See Attached___
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___MICHAEL N. FEDER___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___8363 W. Sunset Road, Suite 200___,
(street address)

___Las Vegas___, ___Nevada___, ___89113___,
(city) (state) (zip code)

___702-550-4400___, ___mfeder@dickinsonwright.com___.
(area code + telephone number) (Email address)

4

Rev. 5/16

**CALIFORNIA ACKNOWLEDGMENT**            CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of __Santa Clara__

On _____ before me, __Hiba Khurshid, Notary Public__,
     Date                                   Here Insert Name and Title of the Officer

personally appeared __Ryan W. Koppelman__
                                Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

HIBA KHURSHID  
Notary Public · California  
San Mateo County  
Commission # 2260249  
My Comm. Expires Sep 28, 2022

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  
                         Signature of Notary Public

Place Notary Seal and/or Stamp Above

———————— **OPTIONAL** ————————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**  
Title or Type of Document: __Pro Hac Application for District of Nevada__  
Document Date: _____ Number of Pages: _____  
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**  
Signer's Name: _____  
☐ Corporate Officer – Title(s): _____  
☐ Partner – ☐ Limited ☐ General  
☐ Individual ☐ Attorney in Fact  
☐ Trustee ☐ Guardian or Conservator  
☐ Other: _____  
Signer is Representing: _____

Signer's Name: _____  
☐ Corporate Officer – Title(s): _____  
☐ Partner – ☐ Limited ☐ General  
☐ Individual ☐ Attorney in Fact  
☐ Trustee ☐ Guardian or Conservator  
☐ Other: _____  
Signer is Representing: _____

©2018 National Notary Association

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____MICHAEL N. FEDER_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

X _Liu Wei Liang_____
(party's signature)

__Wei Liang Liu/Managing Director__
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_[signature]_____
Designated Resident Nevada Counsel's signature

NV Bar No. 7332         mfeder@dickinsonwright.com
Bar number              Email address

APPROVED:
Dated: this __4th__ day of __November__, 20 __19__.

_[signature]_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

State Bar of California, June 26, 2013 – Bar No. 290704

U.S. District Court, Southern District of Florida, January 27, 2019

State Bar of Georgia, October 30, 2003 *(inactive)* – Bar No. 428404

U.S. District Court for the Northern District of Georgia, April 2006;

United States Patent and Trademark Office, 2006 – Reg. No. 58,307

Federal Circuit Court of Appeals, June 8, 2010



# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Mr. Ryan Wilson Koppelman
Alston & Bird LLP
950 Page Mill Road
Palo Alto, CA 94304

| | |
|---|---|
| CURRENT STATUS: | Inactive Member-Good Standing |
| DATE OF ADMISSION: | 10/30/2003 |
| BAR NUMBER: | 428404 |
| TODAY'S DATE: | 10/16/2019 |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, administrative arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.



### STATE BAR OF GEORGIA

*Brinda Lovvorn*

Official Representative of the State Bar of Georgia

---

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 • 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-1225
912-239-9910 • 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 • 800-330-0446
Fax 229-382-7435



**The State Bar**
*of California*

OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES

180 Howard Street, San Francisco, CA 94105   888-800-3400   AttorneyRegulation@calbar.ca.gov

## CERTIFICATE OF STANDING

October 15, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RYAN W. KOPPELMAN, #290704 was admitted to the practice of law in this state by the Supreme Court of California on June 26, 2013 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida  )

County of Leon  )

In Re: 0909041
Ryan Wilson Koppelman
Alston & Bird LLP 950 Page Mill Road
Palo Alto, CA 94304

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **November 30, 2004**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 15th day of **October, 2019**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-60475

