**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER, Nevada Bar No. 7332
Email: mfeder@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009

**ALSTON & BIRD LLP**
RYAN W. KOPPELMAN (Admitted Pro Hac Vice)
Email: ryan.koppelman@alston.com
KATHERINE RUBSCHLAGER (Pro Hac Vice to be submitted)
Email: katherine.rubschlager@alston.com
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 838-2000
Fax: (650) 838-2001

*Attorneys for Plaintiff IP Power Holdings Limited*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IP POWER HOLDINGS LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>WESTFIELD OUTDOOR, INC.,<br><br>Defendant. | Case No. 2:19-cv-01878-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff IP POWER HOLDINGS LIMITED ("IP Power"), by and through its attorneys of record, Michael N. Feder, Esq. of Dickinson Wright, PLLC and Ryan W. Koppelman, Esq. and Katherine Rubschlager, Esq. of Alston & Bird LLP, and Defendant WESTFIELD OUTDOOR, INC. ("Westfield"), by and through its attorneys of record, Michael L. Nepple, Esq. of Thompson Coburn, LLP, hereby stipulate and agree that the time for Westfield to respond to IP Power's Complaint (filed on October 23, 2019 and served on January 3, 2020) is extended to February 7, 2020. Westfield's litigation counsel is located in St. Louis, Missouri and needs the short extension to locate and retain qualified local counsel with federal court experience, and properly prepare the response. This is

///

1

Westfield's first request for an extension of time to respond to IP Power's Complaint.

DATED this 23rd day of January 2020.

DICKINSON WRIGHT PLLC

/s/ Michael N. Feder
MICHAEL N. FEDER
NEVADA BAR NO. 7332
Email: mfeder@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113-2210
Tel: (702) 550-4400

ALSTON & BIRD LLP
RYAN W. KOPPELMAN
(Admitted Pro Hac Vice)
Email: ryan.koppelman@alston.com
KATHERINE RUBSCHLAGER
(Pro Hac Vice to be submitted)
Email: katherine.rubschlager@alston.com
950 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 838-2000

*Attorneys for Plaintiff IP Power Holdings Limited*

DATED this 23rd day January 2020.

THOMPSON COBURN, LLP

/s/ Michael L. Nepple
MICHAEL L. NEPPLE
(Pro Hac Vice to follow)
Email: mnepple@thompsoncoburn.com
One US Bank Plaza
St. Louis, MO 63101
Tel: (314) 552-6149

*Attorneys for Defendant Westfield Outdoor, Inc.*

## **ORDER**

Having reviewed the stipulation of the parties, and good cause appearing,

IT IS SO ORDERED.

Dated: January 24, 2020

_____
United States Magistrate Judge



2