Michael N. Feder, Nevada Bar No. 7332
**DICKINSON WRIGHT PLLC**
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Telephone: (702) 550-4400
Facsimile: (844) 670-6009
mfeder@dickinson-wright.com

Ryan W. Koppelman (*pro hac vice*)
**ALSTON & BIRD LLP**
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
ryan.koppelman@alston.com

*Attorneys for Plaintiff*
*IP Power Holdings Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IP POWER HOLDINGS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>WESTFIELD OUTDOOR, INC.,<br><br>Defendant. | Case No. 2:19-cv-01878-MMD-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME TO SUBMIT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>(FIRST REQUEST) |

1

Pursuant to Local Rule 7-1, the parties have agreed and stipulate as follows.

Whereas, parties telephonically conducted the Fed. R. Civ. P. 26(f) scheduling conference on March 20, 2020.

Whereas, the parties' Proposed Discovery Plan and Scheduling Order is otherwise due on March 23, 2020.

Whereas, the parties require additional time to consider certain scheduling issues in light of the COVID-19 pandemic and additional time to submit the Proposed Discovery Plan and Scheduling Order.

Whereas, this is the parties first stipulation for an extension of time to submit a Proposed Discovery Plan and Scheduling Order.

Therefore, the parties hereby stipulate to a 7-day extension of time, until March 30, 2020, for the parties to submit a Proposed Discovery Plan and Scheduling Order.

Dated: March 22, 2020

By: */s Michael N. Feder*

Michael N. Feder, Nevada Bar No. 7332
**DICKINSON WRIGHT PLLC**
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Telephone: (702) 550-4400
Facsimile: (844) 670-6009
mfeder@dickinson-wright.com

Ryan W. Koppelman (*pro hac vice*)
**ALSTON & BIRD LLP**
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
ryan.koppelman@alston.com
tim.watson@alston.com

*Attorneys for Plaintiff IP Power Holdings*

…

…

…

…

By: /s Michael L. Nepple
Jennifer L. Micheli, Nevada Bar No. 11210
**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, NV 89145
(702)-382-0711
(702)-382-5816 (facsimile)
jmicheli@maclaw.com

David B. Jinkins (*pro hac vice*)
Matthew A. Braunel (*pro hac vice*)
Michael L. Nepple (*pro hac vice*)
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis, MO 63101-1693
(314)-552-6000
(314)-552-7000 (facsimile)
djinkins@thompsoncoburn.com
mbraunel@thompsoncoburn.com
mnepple@thompsoncoburn.com

*Counsel for Defendant Westfield Outdoor, Inc.*

## ORDER

Having read the STIPULATION FOR EXTENSION OF TIME TO SUBMIT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER, and for good cause shown, the Court hereby grants the parties an additional 7-day extension of time, or until March 30, 2020, to file its Proposed Discovery Plan and Scheduling Order.

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: March 24, 2020