# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IP POWER HOLDINGS LIMITED,<br>    Plaintiff(s),<br>v.<br>WESTFIELD OUTDOOR, INC.,<br>    Defendant(s). | Case No.: 2:19-cv-01878-MMD-NJK<br>**ORDER**<br>[Docket No. 31] |

Pending before the Court is the parties' proposed discovery plan, Docket No. 31, which is **DENIED** without prejudice. The parties seek special scheduling review generally. The parties also seek to depart in several specific ways from the default procedures, including bifurcating fact and expert discovery and setting free-floating deadlines rather than providing calendar dates. *Compare* Local Patent Rule 1-23 *with* Docket No. 31 at 3-4. No explanations have been provided for the departures being sought, however. *But see* Local Rule 26-1(b)(1). Accordingly, the discovery plan is **DENIED** without prejudice.

An amended discovery plan must be filed by April 13, 2020.

IT IS SO ORDERED.

Dated: April 6, 2020

                                                  Nancy J. Koppe<br>
                                                United States Magistrate Judge