UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IP POWER HOLDINGS LIMITED,<br><br>      Plaintiff(s),<br><br>v.<br><br>WESTFIELD OUTDOOR, INC.,<br><br>      Defendant(s). | Case No.: 2:19-cv-01878-MMD-NJK<br><br>**ORDER**<br><br>[Docket No. 33] |

Pending before the Court is the parties' amended proposed discovery plan. Docket No. 33. Consistent with the parties' proposal, initial disclosures must be exchanged by May 11, 2020. In all other respects, the amended proposed discovery plan is DENIED without prejudice in light of Chief United States District Judge Miranda M. Du's recent adoption of amendments to the local rules. *See* Gen. Order 2020-07 (effective April 17, 2020). These amendments include changes to the local patent rules with respect to, *inter alia*, the default structure of scheduling orders and the settlement conferences required. LPR 1-19, 1-22. The parties are instructed to consult these amendments[1] and to file a further amended discovery plan by April 28, 2020.

IT IS SO ORDERED.

Dated: April 21, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The local rules, as amended, are available at: www.nvd.uscourts.gov/wp-content/uploads/2020/04/Local-Rules-of-Practice-Amended-2020.pdf.