Michael N. Feder, Nevada Bar No. 7332
**DICKINSON WRIGHT PLLC**
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Telephone:   (702) 550-4400
Facsimile:     (844) 670-6009
mfeder@dickinson-wright.com

Ryan W. Koppelman (*pro hac vice*)
**ALSTON & BIRD LLP**
950 Page Mill Road
Palo Alto, CA 94304
Telephone:   (650) 838-2000
Facsimile:     (650) 838-2001
ryan.koppelman@alston.com

*Attorneys for Plaintiff*
*IP Power Holdings Limited*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IP POWER HOLDINGS LIMITED,<br><br>           Plaintiff,<br><br>    v.<br><br>WESTFIELD OUTDOOR, INC.,<br><br>           Defendant. | Case No. 2:19-cv-01878-MMD-NJK<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO STAY THE CASE** |

…
…
…
…
…
…
…
…
…

Plaintiff IP POWER HOLDINGS LIMITED, and WESTFIELD OUTDOOR, INC., have reached a settlement in principle intended to resolve this action in its entirety. In order to preserve the resources of the Court and the parties, the parties request that the Court stay the case in its entirety for thirty (30) days to allow the parties to finalize settlement. The parties intend to file a Stipulated Notice of Dismissal upon execution of the settlement agreement within the next 30-days.

DATED this 1st day of September, 2020

**DICKINSON WRIGHT PLLC**

 /s/: *Michael N. Feder*
MICHAEL N. FEDER
Nevada Bar No. 7332
Email: mfeder@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113-2210
Tel: (702) 550-4400

**ALSTON & BIRD LLP**
RYAN W. KOPPELMAN
(Admitted Pro Hac Vice)
Email: ryan.koppelman@alston.com
950 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 838-2000

*Attorneys for Plaintiff IP Power Holdings Limited*

DATED this 1st day of September, 2020

**THOMPSON COBURN, LLP**

 /s/: *Michael L. Nepple*
MICHAEL L. NEPPLE
(Admitted Pro Hac Vice)
Email: mnepple@thompsoncoburn.com
One US Bank Plaza
St. Louis, MO 63101
Tel: (314) 552-6149

**MARQUIS AURBACH COFFING**
Jennifer L. Micheli
Nevada Bar No. 11210
Email: jmicheli@maclaw.com
10001 Park Run Drive
Las Vegas, NV 89145
Tel: (702)-382-0711

*Attorneys for Defendant Westfield Outdoor, Inc.*

## <u>ORDER</u>

Having reviewed the stipulation of the parties, and good cause appearing,

IT IS SO ORDERED this   1st   day of September, 2020.

_____
Honorable Miranda M. Du
United States District Judge