Michael N. Feder, Nevada Bar No. 7332
**DICKINSON WRIGHT PLLC**
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Telephone:     (702) 550-4400
Facsimile:     (844) 670-6009
mfeder@dickinson-wright.com

Ryan W. Koppelman (*pro hac vice*)
**ALSTON & BIRD LLP**
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 838-2000
Facsimile:      (650) 838-2001
ryan.koppelman@alston.com

*Attorneys for Plaintiff*
*IP Power Holdings Limited*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IP POWER HOLDINGS LIMITED,<br><br>            Plaintiff,<br><br>     v.<br><br>WESTFIELD OUTDOOR, INC.,<br><br>            Defendant. | Case No. 2:19-cv-01878-MMD-NJK<br><br>**AMENDED NOTICE OF SETTLEMENT AND STIPULATION TO STAY THE CASE** |

Plaintiff IP POWER HOLDINGS LIMITED, and Defendant WESTFIELD OUTDOOR, INC., have reached a settlement of this action. The parties are very close to finalizing the language of a written Settlement Agreement. In order to preserve the resources of the Court and the parties, the parties request that the Court stay the case in its entirety for thirty (30) days to allow them to take the actions required by the Settlement Agreement and complete the settlement process. The parties intend to file a Stipulated Notice of Dismissal within the next 30 days.

| DATED this 1st day of October 2020 | DATED this 1st day of October 2020 |
|---|---|
| **DICKINSON WRIGHT PLLC** | **THOMPSON COBURN, LLP** |
| /s/ Ryan W. Koppelman *(by permission)* <br> MICHAEL N. FEDER <br> NEVADA BAR NO. 7332 <br> Email: mfeder@dickinson-wright.com <br> 8363 West Sunset Road, Suite 200 <br> Las Vegas, NV 89113-2210 <br> Tel: (702) 550-4400 | /s/ Michael L. Nepple <br> MICHAEL L. NEPPLE <br> (Admitted Pro Hac Vice) <br> Email: mnepple@thompsoncoburn.com <br> One US Bank Plaza <br> St. Louis, MO 63101 <br> Tel: (314) 552-6149 |
| **ALSTON & BIRD LLP** <br> RYAN W. KOPPELMAN <br> (Admitted Pro Hac Vice) <br> Email: ryan.koppelman@alston.com <br> 950 Page Mill Road <br> Palo Alto, CA 94304 <br> Tel: (650) 838-2000 | *Attorneys for Defendant Westfield Outdoor, Inc.* |
| *Attorneys for Plaintiff IP Power Holdings Limited* | |

### ORDER

Having reviewed the stipulation of the parties, and good cause appearing,

IT IS DO ORDERED.

Dated: October 1, 2020

_____
Honorable Miranda M. Du
United States District Judge