**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IP POWER HOLDINGS LIMITED, | Case No. 2:19-cv-01878-MMD-NJK |
| Plaintiff, | |
| v. | **ORDER RE:** |
| WESTFIELD OUTDOOR, INC., | **SECOND AMENDED NOTICE OF SETTLEMENT AND STIPULATION TO STAY THE CASE** |
| Defendant. | |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Plaintiff IP POWER HOLDINGS LIMITED, and Defendant WESTFIELD OUTDOOR, INC., have reached a settlement of this action. The parties have executed the Settlement Agreement, and are awaiting payment confirmation. In order to preserve the resources of the Court and the parties, the parties request that the Court stay the case in its entirety for seven (7) days to allow them to take the actions required by the Settlement Agreement and compete the settlement process. The parties will file a Stipulated Notice of Dismissal within the next seven (7) days.

DATED this 2nd day of November, 2020.          DATED this 2nd day of November, 2020.

**DICKINSON WRIGHT PLLC**                      **THOMPSON COBURN, LLP**

/s/ *Michael N. Feder*                         /s/ *Michael L. Nepple*
MICHAEL N. FEDER                               MICHAEL L. NEPPLE
NEVADA BAR NO. 7332                            (Admitted Pro Hac Vice)
Email: mfeder@dickinson-wright.com             Email: mnepple@thompsoncoburn.com
3883 Howard Hughes Parkway, Suite 800          One US Bank Plaza
Las Vegas, Nevada 89169                        St. Louis, MO 63101
Tel: (702) 550-4400                            Tel: (314) 552-6149

**ALSTON & BIRD LLP**                          *Attorneys for Defendant Westfield Outdoor, Inc.*
RYAN W. KOPPELMAN
(Admitted Pro Hac Vice)
Email: ryan.koppelman@alston.com
950 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 838-2000

*Attorneys for Plaintiff IP Power Holdings Limited*

## ORDER

Having reviewed the stipulation of the parties, and good cause appearing,

IT IS SO ORDERED. DATED THIS 3rd Day of November 2020.

_____
Honorable Miranda M. Du
United States District Judge