1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

IP POWER HOLDINGS LIMITED,

        Plaintiff,

    v.

WESTFIELD OUTDOOR, INC.,

        Defendant.

Case No. 2:19-cv-01878-MMD-NJK

**ORDER RE:**
**STIPULATED NOTICE OF**
**DISMISSAL WITH PREJUDICE**

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff IP POWER HOLDINGS LIMITED and Defendant WESTFIELD OUTDOOR, INC., by and through their counsel of record, hereby stipulate to dismissal of the above-entitled action, including any and all claims and counterclaims, with prejudice with each party bearing their own attorneys' fees and costs.

DATED this 4th day of November, 2020                 DATED this 4th day of November, 2020

**DICKINSON WRIGHT PLLC**                            **THOMPSON COBURN, LLP**

/s/ Michael N. Feder                                 /s/ Michael L. Nepple
MICHAEL N. FEDER                                     MICHAEL L. NEPPLE
NEVADA BAR NO. 7332                                  (Admitted Pro Hac Vice)
Email: mfeder@dickinson-wright.com                   Email: mnepple@thompsoncoburn.com
3883 Howard Hughes Parkway, Suite 800                One US Bank Plaza
Las Vegas, Nevada 89169                              St. Louis, MO 63101
Tel: (702) 550-4400                                  Tel: (314) 552-6149

**ALSTON & BIRD LLP**                                *Attorneys for Defendant Westfield Outdoor,*
RYAN W. KOPPELMAN                                    *Inc.*
(Admitted Pro Hac Vice)
Email: ryan.koppelman@alston.com
950 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 838-2000

*Attorneys for Plaintiff IP Power Holdings*
*Limited*

## ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED.

DATED THIS 5th Day of
November 2020.

_____
Honorable Miranda M. Du
United States District Judge